IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: | No. B-08-80034 C-7D |
| MICHAEL B. NIFONG, | |
| Debtor | |
| | |
| DAVID F. EVANS, ET AL., | A.P. No. 08-9015 |
| Plaintiffs | |
| vs. | ORDER |
| MICHAEL B. NIFONG, | |
| Defendant | |

Upon motion of the defendant, for good cause shown and with the plaintiffs' consent, the time for the defendant to file his answer or other responsive pleading in this adversary proceeding is extended until 30 days after the Court rules on the pending motion for relief from the stay in the underlying Chapter 7 case and the pending motion for stay of this adversary proceeding.

IS IT SO ORDERED.

_____
United States Bankruptcy Judge

Consented to:


/s/ Charles Davant IV
Charles Davant IV
Attorney for David
F. Evans and Colin Finnerty
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005


/s/ David S. Rudolf
David S. Rudolf
Attorney for Reade Seligmann
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516

/s/ James B. Craven III
James B. Craven III
Attorney for Michael B. Nifong
NCSB 997
Box 1366
Durham, NC 27702
(919) 688-8295