UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

Michael B. Nifong,  Case No. 08-80034C-7D

Debtor.

## ORDER MODIFYING AUTOMATIC STAY

Pursuant to the memorandum opinion filed contemporaneously herewith, it is ORDERED as follows:

(1) The automatic stay is hereby modified as to the civil action pending in the United States District Court for the Middle District of North Carolina involving the Movants and the Debtor to the extent of permitting the adjudication in the District Court of the claims asserted against the Debtor by the Movants;

(2) The automatic stay shall remain in full force and effect as to any order, judgment or decree that may be entered in the District Court and shall stay the enforcement of any such order, judgment or decree against the Debtor or property of the bankruptcy estate in this case without prejudice to the Movants seeking additional relief from the stay following the entry of any such order, judgment or decree; and

(3) The dischargeability proceeding brought against the Debtor by the Movants (Adversary Proceeding No. 08-09015) shall be stayed pending further orders of this court.

This 27th day of May, 2008.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES TO BE SERVED

Charles Davant, IV, Esq.
725 12rh Street, NW
Washington, D.C. 20005

David S. Rudolf, Esq.
312 W. Franklin Street
Chapel Hill, NC 27516

James B. Craven, III, Esq.
P.O. Box 1366
Durham, NC 27702

Sara A. Conti, Trustee

Michael D. West, Bankruptcy Administrator