IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
)
Michael B. Nifong, ) Case No. B-08-80034 C-7D
)
        Debtor. )
_____)

ORDER DENYING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE
AND SETTLEMENT OF CONTROVERSY

      THIS CAUSE, coming on for hearing upon the Motion for Approval of Compromise and Settlement of Controversy, filed by Sara A. Conti, duly appointed and acting Trustee of the above-named Chapter 7 Debtor,

      AND IT APPEARING TO THE COURT THAT an objection to the relief requested was made in open Court and that a sale of the Debtor's assets, pursuant to Section 363 of the U.S. Bankruptcy Code, is the appropriate procedure for disposition of the Debtor's property,

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the Motion for Approval of Compromise and Settlement of Controversy be, and the same hereby is, denied.

Service List:

        Michael D. West
        U.S. Bankruptcy Administrator
        Post Office Box 1828
        Greensboro, North Carolina 27402

        James B. Craven, III
        Post Office Box 1366
        Durham, North Carolina 27702

        Sara A. Conti
        Post Office Box 939
        Carrboro, North Carolina 27510

        All Parties in Interest